**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| TRAJECTOR HOLDINGS, LLC,[1] | Case No. 3:26-bk-03286 |
| BENEFITS GROUP HOLDINGS, LLC, | Case No. 3:26-bk-03289 |
| TRAJECTOR MEDICAL, LLC, | Case No. 3:26-bk-03291 |
| INFINITE IP LLC, | Case No. 3:26-bk-03293 |
| PERFECT PATH, LLC, | Case No. 3:26-bk-03295 |
| TRAJECTOR ADMIN SERVICES, LLC, | Case No. 3:26-bk-03296 |
| BENEFITS INSURANCE, LLC, | Case No. 3:26-bk-03297 |
| MYLER INSURANCE SERVICES HOLDINGS, LLC, | Case No. 3:26-bk-03298 |
| ANCHORSIX SERVICES, LLC, | Case No. 3:26-bk-03299 |
| ATVANTAGE, LLC, | Case No. 3:26-bk-03300 |
| TRAJECTOR MEDIA SERVICES, LLC, | Case No. 3:26-bk-03301 |
| GLOBALTEK BPO LLC, | Case No. 3:26-bk-03302 |
| MYLER DISABILITY HOLDINGS, LLC, | Case No. 3:26-bk-03304 |
| MYLER DISABILITY, LLC, | Case No. 3:26-bk-03306 |
| ADDUCO MEDIA, LLC, | Case No. 3:26-bk-03307 |
| TRAJECTOR DISABILITY, LLC, | Case No. 3:26-bk-03308 |
| CONTACT CENTER 1, LLC, | Case No. 3:26-bk-03309 |
| BENEFITS KARMA, LLC, | Case No. 3:26-bk-03310 |
| EXECUTIVE STAFFING SOLUTIONS, PLLC, | Case No. 3:26-bk-03311 |
| AMPRY HOLDINGS, LLC, | Case No. 3:26-bk-03312 |
| CONCIERGE STAFFING SERVICE MANAGEMENT, LLC | Case No. 3:26-bk-03314 |
| TRAJECTOR, INC., | Case No. 3:26-bk-03315 |
| Debtors. | (Joint Administration Pending) |

_______________________________________________/

## NOTICE OF FILING FIRST DAY MOTIONS

[1] The Debtors' mailing address is 5950 NW 1st Place, Suite 200, Gainesville, FL 32607. The last four digits of each Debtor's federal tax identification number are: (i) Trajector Holdings, LLC (7528); (ii) Benefits Group Holdings, LLC (2029); (iii) Trajector Medical, LLC (5243); (iv) Infinite IP LLC (3723); (v) Perfect Path, LLC (3494); (vi) Trajector Admin Services, LLC (2231); (vii) Benefits Insurance, LLC (9835); (viii) Myler Insurance Services Holdings, LLC (3606); (ix) AnchorSix Services, LLC (5009); (x) Atvantage, LLC (7384); (xi) Trajector Media Services, LLC (7509); (xii) Globaltek BPO LLC (1684); (xiii) Myler Disability Holdings, LLC (9924); (xiv) Myler Disability, LLC (0845); (xv) Adduco Media, LLC (0257); (xvi) Trajector Disability, LLC (5136); (xvii) Contact Center 1, LLC (2329); (xviii) Benefits Karma, LLC (1850); (xix) Executive Staffing Solutions, PLLC (1841); (xx) Ampry Holdings, LLC (2323); (xxi) Concierge Staffing Service Management, LLC (2814); and (xxii) Trajector, Inc. (2128).

PLEASE TAKE NOTICE that the following motions were filed in *Trajector Holdings, LLC*, Case No. 3:26-bk-03286:

- *Debtors' Motion For Joint Administration* [ECF No. 11]
- *Debtors' Emergency Application For Entry Of Order Authorizing Debtors To Employ And Retain Kurtzman Carson Consultants, LLC dba Verita Global, As Claims, Noticing, And Solicitation Agent, Effective As Of The Petition Date* [ECF No. 29]
- *Debtors' Emergency Motion For Approval Of Form Of Notice Of Commencement And Proof Of Claim* [ECF No. 23]
- *Debtors' Emergency Motion For Entry Of An Order (I) Authorizing The Debtors To File (A) A Consolidated Creditor Matrix And (B) A Consolidated List Of The Top Thirty Unsecured Creditors; And (II) Authorizing The Debtors To Suppress Certain Personally Identifiable Information For Individual Creditors, Employees And Parties In Interest* [ECF No. 12]
- *Debtors' Motion For Authorization To File Consolidated Chapter 11 Case Management Summary* [ECF No. 16]
- *Debtors' Emergency Motion For Order (I) Authorizing The Debtors (A) To Use Cash Collateral On An Interim Basis Pursuant To 11 U.S.C. § 363, And (B) To Grant Adequate Protection In Connection Therewith Pursuant To 11 U.S.C. §§ 361, 363, And 507; And (II) Scheduling A Final Hearing Under Bankruptcy Rule 4001* [ECF No. 17]
- *Debtors' Emergency Motion For Interim And Final Orders (A) Authorizing The Debtors To (I) Continue To Use Existing Cash Management System, (II) Maintain Bank Accounts And Continue Use Of Existing Business Forms And Checks, (III) Honor Certain Related Prepetition And Post-Petition Obligations, And (IV) Perform Intercompany Transactions; (B) Granting A Waiver Of Certain Investment And Deposit Guidelines; And (C) Granting Related Relief* [ECF No. 31]
- *Debtors' Emergency Motion For An Order Authorizing Debtors To (I) Pay Prepetition Wages, Salaries, Employee Benefits, And Other Employee Obligations, (II) Maintain Employee Benefit Programs And (III) For Related Relief* [ECF No. 25]
- *Debtors' Emergency Motion For Allowance Of Affiliate Officers' Salaries And Benefits, Effective As Of The Petition Date* [ECF No. 33]
- *Debtors' Emergency Application, Pursuant To Sections 105(A) And 363(B) Of The Bankruptcy Code, For Authorization To Employ And Retain Mark C. Healy As Chief Restructuring Officer And Other Personnel At Michael Moecker & Associates, Inc. To Provide Advisory Services, Effective As Of The Petition Date* [ECF No. 35]

- *Debtors' Emergency Motion For Entry Of An Order Authorizing (I) Debtors To Pay Prepetition Claims Of Critical Vendors; And (II) Financial Institutions To Honor And Process Related Checks And Transfers* [ECF No. 27]
- *Debtors' Emergency Motion For Order Authorizing Debtors To Pay Prepetition Sales, Income, And Other Taxes And Similar Obligations* [ECF No. 19]
- *Debtors' Emergency Motion For Authorization To (I) Continue To Administer Insurance Policies, Surety Bond, And Related Agreements; (II) Honor Certain Obligations In Respect Thereof; And (III) For Related Relief* [ECF No. 21]
- *Debtors' Emergency Motion For An Order Establishing Certain Notice Procedures* [ECF No. 14]

Dated: July 24, 2026.

*/s/ Edward J. Peterson*
Edward J. Peterson
Florida Bar No. 14612
BERGER SINGERMAN LLP
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
813.498.3400
epeterson@bergersingerman.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on July 24, 2026, by the Court's CM/ECF system to:

Donald R Kirk on behalf of Debtor Trajector Holdings, LLC
dkirk@carltonfields.com, kathompson@carltonfields.com

J Ellsworth Summers, Jr. on behalf of Creditor James S. Hill, II, Blackfin Capital, LLC and Turner Raymond & Associates LLC
esummers@burr.com, sguest@burr.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

and by email to:

Benjamin Ludewig, on behalf of creditor, Deutsche Bank AG New York Branch
Benjamin.ludewig@whitecase.com

Andrew Zatz, on behalf of creditor, Deutsche Bank AG New York Branch
azatz@whitecase.com

*/s/ Edward J. Peterson III*
Edward J. Peterson III